# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Alberto DE LA CRUZ-CANO**<br>DOB: xx/xx/1977<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>17-04216MJ |

Complaint for violation of Title 18 United States Code § 922(g)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 8, 2017, at or near Nogales, in the District of Arizona, Alberto DE LA CRUZ-CANO, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is Possession of Controlled Substances and Possession in Excess of $100,000, in Riverside County Superior Court, California, Case Number CR69798, on October 1, 1996; did knowingly possess ammunition, that is, 8,500 rounds of Wolf 7.62x39mm ammunition, said ammunition not being manufactured in Arizona and thus affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 8, 2017, Alberto DE LA CRUZ-CANO was encountered by law enforcement agents in Nogales, Arizona, approximately 25 meters north of the Port of Entry between the United States and the Republic of Mexico. DE LA CRUZ-CANO was the driver of a Jeep Grand Cherokee. When asked if there was anything in the vehicle that agents needed to be aware of, DE LA CRUZ-CANO responded that there was ammunition in the back of the vehicle. A search of the vehicle revealed 8,500 rounds of Wolf 7.62x39mm ammunition. An interstate nexus expert with the Bureau of Alcohol, Tobacco, Firearms, and Explosives determined that the ammunition was not manufactured in Arizona, thereby traveling in or affecting interstate and/or foreign commerce. DE LA CRUZ-CANO is a convicted felon, having previously been convicted of Possession of Controlled Substances and Possession in Excess of $100,000, in Riverside County Superior Court, California, Case Number CR69798, on October 1, 1996.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA Angela W. Woolridge | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>HSI Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 9, 2017 |

1) See Federal rules of Criminal Procedure Rules 3 and 54